Jacob S. Parker *et al.,* Appellants, v. The Duval Building and Loan Association, a corporation, Appellee.

Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

A. W. Cockrell & Son and Harwick & Cannon for J. S. Parker; Owen & Smith for W. B. Owen; D. U. Fletcher for W. P. Gifford.

Owen & Smith and E. P. Axtell for appellee.

The bill in this cause was filed by the appellee against the appellants. There was a decree for the complainant, and the defendants appeal. Decree affirmed.

Decision *Per Curiam.*